UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1711

_____

KIM C. TOWNSEND


v.

PINNACLE ENTERTAINMENT, INC.,
Appellant.

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1:10-cv-06522)
District Judge: Honorable Renée Marie Bumb

_____

Submitted Under Third Circuit LAR 34.1(a)
December 9, 2011

Before: HARDIMAN, BARRY, *Circuit Judges* and RUFE[*], *District Judge*

_____

JUDGMENT

_____


    This cause came on to be considered on the record from the United States District
Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR
34.1(a) on December 9, 2011.  On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the Order of the District Court
entered on March 8, 2011 is hereby VACATED and the case is remanded.  All of the

_____

    [*]  The Honorable Cynthia M. Rufe, District Judge for the United States District
Court for the Eastern District of Pennsylvania, sitting by designation.

above in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Marcia M. Waldron, Clerk

Dated:      January 11, 2012

Certified as a true copy and issued in lieu
of a formal mandate on February 2, 2012

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**